UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Phattakhone P.,

                    Petitioner,                    **ORDER DISMISSING PETITION
                                                   FOR WRIT OF HABEAS CORPUS**

v.

Markwayne Mullin, et al.,                          Civil File No. 26-02948 (MJD/ECW)

                    Defendants.

Daniel P. Suitor, Daniel P. Suitor, PLLC, Counsel for Petitioner.

David R. Hackworthy, Assistant United States Attorney, Counsel for
Respondents.

On July 2, 2026, the Court granted Petitioner Phattakhone P.'s Petition for Writ of Habeas Corpus. (Doc. 9.) As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized during his arrest and with only the same conditions imposed in Petitioner's previous Order of Supervision, as well as notify the Court within 48 hours to confirm that the release occurred.

On July 4, 2026, Respondents informed the Court and opposing counsel via email that Petitioner was released on July 3, 2026 from custody. Respondents subsequently filed this information as a status report with the Court on July 6, 2026, where he also indicated that Petitioner was released with all his personal

1

property and with only the same Order of Supervision conditions previously

issued. (Doc. 11.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Phattakhone P.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 14, 2026                           s/Michael J. Davis
                                                Michael J. Davis
                                                United States District Court

2